In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-19-00033-CR
_____

ANGELO HERNANDEZ, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the County Court
San Jacinto County, Texas
Trial Cause No. 2017-84

## MEMORANDUM OPINION

Angelo Hernandez appeals his conviction for resisting arrest, a Class A misdemeanor.[1] Hernandez's court-appointed appellate counsel filed an *Anders* brief, in which she contends no arguable grounds can be advanced to support Hernandez's

---

[1] *See* Tex. Penal Code Ann. § 38.03.

1

appeal.[2] In the brief, counsel presents her professional evaluation of the record, and she explains why no arguable issues can be raised to support Hernandez's appeal.[3]

Subsequently, we granted an extension of time to allow Hernandez to file a *pro se* response. But he did not do so.

After reviewing the appellate record and the *Anders* brief filed by counsel, we agree with counsel's conclusion that Hernandez cannot raise any arguable issues to support the appeal. We also conclude Hernandez's appeal is frivolous. For these reasons, we need not appoint new counsel to re-brief the appeal.[4]

The trial court's judgment is affirmed.[5]

AFFIRMED.

_____
HOLLIS HORTON
Justice

_____

[2] *See Anders v. California*, 386 U.S. 738 (1967); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978).

[3] *See id.*

[4] *Cf. Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991) (requiring court appointment of other counsel only if it is determined that arguable grounds exist to support the appeal).

[5] Hernandez may challenge our decision in the case by filing a petition for discretionary review. *See* Tex. R. App. P. 68.

Submitted on October 15, 2019
Opinion Delivered March 18, 2020
Do Not Publish

Before Kreger, Horton and Johnson, JJ.